# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1911
_____

DARREN TARRELL KING,

  Appellant,

  v.

SHERIFF TOMMY FORD, RICHARD
ANGLIN, Warden, BAY COUNTY
JAIL, STATE OF FLORIDA,

  Appellees.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Jr., Judge.

July 17, 2024

PER CURIAM.

  DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

  ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Darren Tarrell King, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee State of Florida.